```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
    DEANNA WOMACK,                 )    1:04-cv-05592 SMS
10                                 )
                   Plaintiff,      )    STIPULATION AND ORDER
11                                 )    TO EXTEND TIME
                                   )
12              v.                 )
                                   )
13  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
14  Security,                      )
                                   )
15                 Defendant.      )
    _____)
16

17      The parties, through their respective counsel, stipulate

18  that defendant's time to respond to plaintiff's opening brief be

19  extended from May 9, 2005 to June 9, 2005.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28
                                    1
```

This is the defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: May 6, 2005

/s/ Gina M. Fazio
(as authorized by facsimile)
GINA M. FAZIO
Attorney for Plaintiff

Dated: May 6, 2005                McGREGOR W. SCOTT
                                  United States Attorney


 /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: <u>May 6, 2005</u>
                                  /s/ Sandra M. Snyder
                                  THE HONORABLE SANDRA M. SNYDER
                                  United States Magistrate Judge