1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 DEANNA WOMACK            )
                            )  Civil Action No. CV-F-04-5592 SMS
11                          )
        Plaintiff,          )  STIPULATION AND ORDER
12                          )
   vs.                      )
13                          )
   JO ANNE B. BARNHART,     )
14 Commissioner of Social   )
   Security,                )
15                          )
        Defendant.          )
16 _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until July 25, 2005, in which to file and

20 serve Plaintiff's Reply brief.  All remaining actions under the scheduling order filed, April

21 19, 2004, shall proceed under the time limit guidelines set therein.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | Dated: June 23, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: June 23, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan <br> (As Authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  7/14/2005 | |
| 10 | | /s/ Sandra M. Snyder |
| 11 | | SANDRA M. SNYDER <br> United States Magistrate Judge |